# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

HECTOR IGNACIO CARRASQUERO
GUEVARA,

      Plaintiff,

     v.

STERLING INFOSYSTEMS, INC.,

      Defendant.

Case No. 6:24-cv-01935-JSS-DCI

## JOINT NOTICE OF SETTLEMENT

Plaintiff HECTOR IGNACIO CARRASQUERO GUEVARA and

Defendant STERLING INFOSYSTEMS, INC., by their counsel and pursuant to

Rule 3.09 of the Local Rules of the United States District Court for the Middle

District of Florida, hereby notify the Court that the parties have agreed in principle

to resolve this action, and all claims asserted therein, and are in the process of

preparing and finalizing the terms of a settlement agreement. The parties anticipate

filing a stipulation of dismissal with prejudice within the next 30-60 days.

Respectfully submitted,

| HECTOR IGNACIO CARRASQUERO GUEVARA | STERLING INFOSYSTEMS, INC. |
|---|---|

*/s/ Catherine Tillman*

Catherine Tillman, Esq., FL #0057663
8095 N. 85th Way
Scottsdale, Arizona 85258
T: (941) 263-7310
F: (718) 715-1750
E: ctillman@consumerattorneys.com

Attorneys for Plaintiff

*/s/ Alex S. Drummond*

Alex S. Drummond
Florida Bar 0038307
adrummond@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

Attorneys for Defendant

Date: January 15, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2025, a true and accurate copy of the foregoing was filed using the Court's CM/ECF system, which served a copy of the same on all counsel of record.

*/s/ Alex S. Drummond*

Alex S. Drummond

315610891v.2