UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HECTOR IGNACIO CARRASQUERO
GUEVARA,

     Plaintiff,

v.                                      Case No: 6:24-cv-1935-JSS-DCI

STERLING INFOSYSTEMS, INC.,

     Defendant.

_____/

## **ORDER**

The court has been notified by the parties' joint notice of settlement (Dkt. 25) that this case has settled. Accordingly, pursuant to Local Rule 3.09, this case is **DISMISSED** without prejudice and subject to the right of the parties, within sixty days of the date of this order, to submit a stipulated form of final order or judgment should they so choose <u>or</u> for any party to move to reopen the action, upon good cause shown. After that sixty-day period, the dismissal shall be with prejudice. The Clerk is **DIRECTED** to terminate any pending motions and deadlines and to close this case.

     **ORDERED** in Orlando, Florida, on January 17, 2025.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record